

# Court of Appeals

# First District of Texas

## BILL OF COSTS

No. 01-13-00951-CV

**Roland Fannin, as Dependent Administrator of the Estate of Joyce Ellen Fereday, deceased and Shannon Sanders**

NO. CV27222 IN THE 344TH DISTRICT COURT OF CHAMBERS COUNTY

| TYPE OF FEE | CHARGES | PAID/DUE | STATUS | PAID BY |
|---|---|---|---|---|
| SUPP CLK RECORD | $1,140.00 | 11/05/2014 | PAID | ANT |
| MT FEE | $10.00 | 10/01/2014 | E-PAID | ANT |
| MT FEE | $10.00 | 08/05/2014 | E-PAID | APE |
| MT FEE | $10.00 | 07/03/2014 | E-PAID | APE |
| MT FEE | $10.00 | 05/14/2014 | E-PAID | ANT |
| MT FEE | $10.00 | 04/15/2014 | E-PAID | ANT |
| MT FEE | $10.00 | 03/11/2014 | E-PAID | ANT |
| RPT RECORD | $7,622.50 | 02/06/2014 | PAID | ANT |
| CLK RECORD | $1,151.00 | 12/19/2013 | PAID | ANT |
| FILING | $175.00 | 11/08/2013 | E-PAID | ANT |
| STATEWIDE EFILING | $20.00 | 11/08/2013 | E-PAID | ANT |
| E-TXGOV FEE | $5.00 | 11/08/2013 | E-PAID | ANT |
| E-TXGOV FEE | $5.00 | 11/08/2013 | E-PAID | ANT |

**The costs incurred on appeal to the First Court of Appeals Houston, Texas are $10,178.50.**

*Court costs in this case have been taxed in this Court's judgment*

I, **Christopher A. Prine,** Clerk of the Court of Appeals for the First District of Texas, do hereby certify that this is a true statement of the costs of appeal in this case.

**IN TESTIMONY WHEREOF,** witness my

hand and the seal of the Court of Appeals for the
First District of Texas, this October 2, 2015.



CHRISTOPHER A. PRINE
CLERK OF THE COURT